UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

T Moore Services, LLC  Civil action no. 6:10-cv-1221 (lead)
6:10-cv-1336 (member)
6:10-cv-1356 (member)
6:10-cv-1374 (member)
6:11-cv-0119 (member)

Versus  Judge Tucker Melançon

Rentrop Tugs Inc., et al.  Magistrate Judge Patrick J. Hanna

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore

**ORDERED** that the motion to dismiss the claim filed on behalf of Texon Distributing, LP, which was filed by T&R Tugs, LLC; Dupre Marine Transportation, Inc.; Rentrop Tugs, Inc.; Transinland Marine, Inc.; and Mallard Towing, LLC (collectively "the Towing Companies") (Rec. Doc. 58) is hereby **GRANTED** and Texon's claim is hereby **DISMISSED**.

Thus done and signed in Lafayette, Louisiana, this 17th day of March, 2011.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE